UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SUNNY EJENG ARIKPO,

Petitioner,

v.                                                              No. 1:26-CV-00048-H

WARDEN, BLUEBONNET
DETENTION CENTER,

Respondent.

## ORDER

Petitioner Sunny Ejeng Arikpo, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention pending removal proceedings. Dkt. No. 1. He later filed an amended petition, Dkt. No. 9, and supplement, Dkt. No. 10. He challenges the immigration judge's denial of discretionary bond under 8 U.S.C. § 1226. He seeks immediate release or bond redetermination.

Respondent filed a response with an appendix of relevant records, arguing that the jurisdictional bar of Section 1226(e) applies here, and the Court lacks jurisdiction to grant relief. Dkt. No. 11. Petitioner replied, Dkt. No. 13, arguing that the immigration court denied his subsequent bond requests without meaningful review, and his detention has become unconstitutionally prolonged as a result.

After reviewing the parties' pleadings and relevant records and based upon the facts and the law set forth in Respondent's response, the Court finds that Petitioner has failed to show that he is entitled to federal habeas relief. He challenges the discretionary decision of the immigration judge, which this court lacks jurisdiction to review.

Alternatively, the Court takes judicial notice of the publicly available automated case information provided by the Executive Office of Immigration Review, which reflects that Petitioner withdrew his appeal in the BIA on June 10, 2026.[1] Additionally, the online detainee locator system maintained by the United States Immigration and Customs Enforcement (ICE) indicates that Petitioner is no longer in ICE custody.[2] Thus, it appears that the petition is also subject to dismissal as moot.

For these reasons, the petition is denied and dismissed without prejudice for lack of jurisdiction.

So ordered.

The Court will enter judgment accordingly.

Dated August 14, 2026.

JAMES WESLEY HENDRIX
United States District Judge

---

[1] https://acis.eoir.justice.gov/en/caseInformation (last checked Aug. 13, 2026).

[2] https://locator.ice.gov/odls/#/search (last checked Aug. 13, 2026).

2